IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | No. 14-96 |
| | : | |
| **BLAIR THOMAS, JR.** | : | |

# ORDER

This 6th day of April, 2021, it is hereby **ORDERED** that Defendant's Motion for Reconsideration (ECF 168) is **GRANTED** in part and **DENIED** in part, as follows.

The motion is granted to the extent that Defendant has asked the Court to consider the potential impact of *United States v. Davis*, 139 S. Ct. 2319 (2019) upon his sentence. After consideration of *Davis,* Defendant's motion is denied to the extent that he seeks a correction of sentence under 28 U.S.C. § 2255. This Court's previous order denying relief, ECF 167, remains in place. A certificate of appealability will issue.

/s/ Gerald Austin McHugh
United States District Judge