IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 14-96** |
| : | |
| **BLAIR THOMAS, JR.** : | |

# ORDER

This 31st day of August, 2023, as set forth in the accompanying memorandum, because of an intervening change in the applicable law, it is hereby **ORDERED** that Defendant Blair Thomas' Motion for Reconsideration (ECF 168) of the Order denying his Motion to Vacate his Sentence Under 18 U.S.C. § 2255 (ECF 160, 167) is **GRANTED in part** and **DENIED in part**.

The motion is **GRANTED** as to Count Two and **DENIED** as to Count Four. A resentencing will be scheduled at a later date.

                                                              /s/ Gerald Austin McHugh
                                                            United States District Judge