**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 14-96** |
| | **:** | |
| **BLAIR THOMAS, JR.** | **:** | |

## ORDER

This 18th day of May, 2026, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 204, is

**DENIED.**

　/s/ Gerald Austin McHugh　　　
United States District Judge